FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD HOGAN and JESSIE HOGAN, husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEYSTONE RV COMPANY, an Indiana corporation doing business in the State of Idaho; R. 'n' R. R.V. HOLIDAY RV, INC., an Idaho corporation doing business in the State of Idaho under the assumed business name of RnR RV Center; BLUE DOG RV OF WASHINGTON, INC., a Washington State corporation doing business in the states of Washington and Idaho,<br><br>    Defendants. | No. 2:20-CV-00414-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 71. The parties stipulate and request the Court dismiss this matter with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss this case.

//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 71, is **GRANTED**.

2. Any pending motions are **DISMISSED** as moot.

3. This matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 30th day of December 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE # 2**